In the Supreme Court of Georgia

Decided: January 29, 2018

S17A1847. CONNIE L. BURR v. JOHN F. GREEN et al.

PER CURIAM.

The judgment of the court below is affirmed without opinion pursuant

to Supreme Court Rule 59.

Affirmed without opinion. All the Justices concur.